# THE WEITZ LAW FIRM, P.A.

Bank of America Building<br>
18305 Biscayne Blvd., Suite 214<br>
Aventura, Florida 33160

September 19, 2019

**VIA CM/ECF**
Honorable Judge Ronnie Abrams
United States District Court
Southern District of New York
40 Foley Square - Courtroom 1506
New York, New York 10007

    Re: Velasquez v. Lemage Inc., d/b/a Quartino Bottega Organica et al.
      Case 1:19-cv-06912-RA

Dear Judge Abrams:

 The undersigned represents the Plaintiff in the above-captioned matter.

 The Initial Pre-Trial Conference in this matter is currently scheduled for October 11, 2019, at 3:00 p.m., in Your Honor's Courtroom.  The undersigned will be out of the country, in Israel, on that date in preparation and observance of the several upcoming non-working Jewish holidays of Rosh Hashanah, Yom Kippur, Sukkot, Shmini Atzeret, and Simcha Torah.  Therefore, it is respectfully requested that said Conference be adjourned to a date during the last week October, first week of November, or any subsequent date which is most convenient to the Court.  Alternatively, in the event the Conference is not able to be adjourned, the undersigned respectfully requests permission to attend the Conference telephonically from Israel.

 Plaintiff's undersigned counsel has conferred with opposing counsel, who consents to this adjournment request.

 Thank you for your consideration of this first adjournment request.

          Sincerely,

          By:  /S/ B. Bradley Weitz
            B. Bradley Weitz, Esq. (BW 9365)
            THE WEITZ LAW FIRM, P.A.
            Attorney for Plaintiff
            Bank of America Building
            18305 Biscayne Blvd., Suite 214
            Aventura, Florida 33160
            Telephone: (305) 949-7777
            Facsimile: (305) 704-3877
            Email: bbw@weitzfirm.com