# LEVIN-EPSTEIN & ASSOCIATES, P.C.

One Penn Plaza • Suite 2527 • New York, New York 10119
T: 212.792-0046 • F: 212.561.7108
E: Joshua@levinepstein.com

MEMO ENDORSED

October 30, 2019

*Via Electronic Filing*
The Honorable Judge Ronnie Abrams
U.S. District Court Southern District of New York
40 Foley Square
New York, NY 10007

USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/30/19

**Re:** *Velasquez v. Lemage Inc.*
Case No.: 1:19-cv-06912

Dear Honorable Judge Abrams:

This law firm is counsel to Defendant Lemage Inc., a New York corporation, d/b/a Quartino Bottega Organica (the "**Defendant**") in the above-referenced matter.

Pursuant to Your Honor's Individual Motion Practice Rule 1(D), this letter respectfully serves as a request to adjourn the upcoming Initial Case Conference currently scheduled for Friday, November 1, 2019 at 10:30 a.m. to the morning of: (a) Friday, November 15, 2019; (b) Friday, November 22, 2019; or (c) Friday, December 6, 2019. This is the second request for an adjournment of the Initial Case Conference. One prior request was made on September 20, 2019 [*See* Dckt. No. 9]. This request was granted [*See* Dckt. No. 10]. This request is made with Plaintiff's consent, and would not affect any other scheduled deadlines.

The reason for the request is that the undersigned has two other conflicting court appearances scheduled for Friday, November 1, 2019. The first is an Order to Show Cause hearing scheduled at 9:30 a.m. before the Honorable Judge Genine D. Edwards in an action pending in the Supreme Court of New York, King's County, captioned *Shuman v. Inna Fershteyn dba Law Office of Inna Fershteyn And Associates, P.C. et al* [510605-2015]. The second is an Initial Case Conference scheduled at 11:30 a.m. before the Honorable Judge Robert M. Levy in an action pending in the Eastern District of New York, captioned *Cervantes Isidoro et al v. Siam SMP Inter, Inc. et al* [19-cv-04054].

In light of the foregoing, Defendant respectfully request that the Initial Case Conference currently scheduled for Friday, November 1, 2019 at 10:30 a.m. to the morning of: (a) Friday, November 15, 2019; (b) Friday, November 22, 2019; or (c) Friday, December 6, 2019..

Thank you, in advance, for your time and consideration.

Respectfully submitted,

LEVIN-EPSTEIN & ASSOCIATES, P.C.

By: */s/ Jason Mizrahi*
Jason Mizrahi
1 Penn Plaza, Suite 2527
New York, New York 10119
Tel. No.: (212) 792-0048
Email: Jason@levinepstein.com
*Attorneys for Defendant*

---

Application granted  The initial status conference is adjourned until Thursday, November 21, at 2:45 p.m.

SO ORDERED.

Ronnie Abrams, U.S.D.J.
October 30, 2019

---

VIA ECF: All Counsel