USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 11/21/19

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RICARDO VELASQUEZ,

          Plaintiff,

v.

LEMAGE INC. *a New York corporation doing business as* QUARTINO BOTTEGA ORGANICA,

          Defendant.

No. 19-CV-6912 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

Plaintiff's request to file an amended complaint is granted. Plaintiff shall file the amended complaint no later than December 3, 2019.

Within one week from today, the parties shall file a joint letter as to what discovery the parties will exchange prior to settlement discussions. By separate order, the Court will refer this case to Magistrate Judge Parker for settlement discussions.

SO ORDERED.

Dated:    November 21, 2019
          New York, New York

Ronnie Abrams
United States District Judge