# LEVIN-EPSTEIN & ASSOCIATES, P.C.
_____

One Penn Plaza • Suite 2527 • New York, New York 10119
T: 212.792-0046 • F: 212.561.7108
E: Joshua@levinepstein.com

December 2, 2019

*<u>Via Electronic Filing</u>*
The Honorable Judge Ronnie Abrams
U.S. District Court Southern District of New York
40 Foley Square, Courtroom 1506
New York, NY 10007

    Re: *Velasquez v. Lemage Inc*
      **<u>Case No.: 19-cv-06912</u>**

Dear Honorable Judge Abrams:

  This law firm represents Defendant and Counter Claimant Lemage Inc. d/b/a Quartino Bottega Organica (the "**Defendant**") in the above-referenced action. This letter is submitted jointly with Plaintiff.

  Pursuant to Rule 1(A) of Your Honor's Individual Motion Practices, and Your Honor's November 21, 2019 Order [*see* Dckt. No. 16], this letter respectfully serves to inform the Court that the parties wish to proceed with fact discovery pursuant to the parties' Proposed Case Management Plan [*see* Dckt. No. 15].

  The parties are prepared to engage in settlement discussions while concurrently completing fact discovery.

  Thank you, in advance, for your time and attention to this matter.

            Respectfully submitted,

            LEVIN-EPSTEIN & ASSOCIATES, P.C.

           By: */s/ Jason Mizrahi*
             Jason Mizrahi, Esq.
             1 Penn Plaza, Suite 2527
             New York, New York 10119
             Tel. No.: (212) 792-0046
             Email: joshua@levinepstein.com
             *Attorneys for Defendant*