```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
RICARDO VELASQUEZ,

                              Plaintiff,

     -against-

LEMAGE INC. *a New York corporation*
*doing business as* QUARTINO BOTTEGA
ORGANICA,

                              Defendant.
-----------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/19/2019

**ORDER**
**19-CV-6912 (RA) (KHP)**

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

On December 18, 2019, the parties appeared for a case management conference. As discussed during the conference, the following order is entered:

**Remediations and Site Inspection.** By **January 8, 2020**, Defendant shall provide Plaintiff with the details of remediations that have taken place and any remediations to be completed. The parties are directed to meet and confer regarding a formal site inspection after Plaintiff has had the opportunity to review.

**Fact Depositions.** The deadline to complete fact depositions is extended to **March 20, 2020**. The parties may change interim deadlines without further application to the Court.

**Telephonic Appearances.** The parties are reminded that telephonic appearances are prohibited without prior approval of the Court and showing of good reason.

**Settlement Conference.** A settlement conference in this matter is scheduled for **March 10, 2020 at 2:00 p.m.** in Courtroom 17-D, United States Courthouse, 500 Pearl Street, New York, New York. Parties must attend in-person with their counsel. Corporate parties must send the person with decision making authority to settle the matter to the conference. The parties

are instructed to complete the Settlement Conference Summary Report and prepare pre-conference submissions in accordance with the Judge Parker's Individual Rules of Practice. Pre-conference submissions must be received by the Court no later than **March 3, 2020 at 5:00 p.m.** Prior to the pre-conference submission due date, Defendant shall provide Plaintiff with information sufficient to evaluate Plaintiff's financial situation.

**SO ORDERED.**

Dated: December 19, 2019
      New York, New York

_____
KATHARINE H. PARKER
United States Magistrate Judge