# THE WEITZ LAW FIRM, P.A.

Bank of America Building<br>
18305 Biscayne Blvd., Suite 214<br>
Aventura, Florida 33160

March 2, 2020

**VIA CM/ECF**
Honorable Magistrate Judge Katherine H. Parker
United States District Court
Southern District of New York
500 Pearl Street - Courtroom 17D
New York, New York 10007

                Re:    Velasquez v. Lemage Inc., d/b/a Quartino Bottega Organica et al.
                       Case 1:19-cv-06912-RA

Dear Judge Parker:

The undersigned represents the Plaintiff in the above-captioned matter.

A Settlement Conference in this matter is currently scheduled for March 10, 2020 at 2:00 p.m., in your Honor's Courtroom. However, said Conference date is on the same day on which the Jewish holiday of Purim falls and Plaintiff's counsel (who is observant) will be unable to attend as he will be observing said holiday. Therefore, Plaintiff's undersigned counsel hereby respectfully requests an adjournment of said Conference for three weeks to a date which is most convenient to the Court.

Plaintiff's counsel has conferred with counsel for the Defendant, who consents to the filing of this motion.

This is the undersigned counsel's first request for adjournment of the settlement conference. Thank you for your consideration of this adjournment request.

                                            Sincerely,

                                            By: /S/ B. Bradley Weitz
                                                B. Bradley Weitz, Esq. (BW 9365)
                                                THE WEITZ LAW FIRM, P.A.
                                                Attorney for Plaintiff
                                                Bank of America Building
                                                18305 Biscayne Blvd., Suite 214
                                                Aventura, Florida 33160
                                                Telephone: (305) 949-7777
                                                Facsimile: (305) 704-3877
                                                Email: bbw@weitzfirm.com