# THE WEITZ LAW FIRM, P.A.

Bank of America Building
18305 Biscayne Blvd., Suite 214
Aventura, Florida 33160



March 2, 2020

**VIA CM/ECF**
Honorable Magistrate Judge Katherine H. Parker
United States District Court
Southern District of New York
500 Pearl Street - Courtroom 17D
New York, New York 10007

**MEMO ENDORSED**

Re: Velasquez v. Lemage Inc., d/b/a Quartino Bottega Organica et al.
Case 1:19-cv-06912-RA

Dear Judge Parker:

The undersigned represents the Plaintiff in the above-captioned matter.

A Settlement Conference in this matter is currently scheduled for March 10, 2020 at 2:00 p.m., in your Honor's Courtroom. However, said Conference date is on the same day on which the Jewish holiday of Purim falls and Plaintiff's counsel (who is observant) will be unable to attend as he will be observing said holiday. Therefore, Plaintiff's undersigned counsel hereby respectfully requests an adjournment of said Conference for three weeks to a date which is most convenient to the Court.

Plaintiff's counsel has conferred with counsel for the Defendant, who consents to the filing of this motion.

This is the undersigned counsel's first request for adjournment of the settlement conference. Thank you for your consideration of this adjournment request.

Sincerely,

By: /S/ B. Bradley Weitz
    B. Bradley Weitz, Esq. (BW 9365)
    THE WEITZ LAW FIRM, P.A.
    Attorney for Plaintiff
    Bank of America Building
    18305 Biscayne Blvd., Suite 214
    Aventura, Florida 33160
    Telephone: (305) 949-7777
    Facsimile: (305) 704-3877
    Email: bbw@weitzfirm.com

**APPLICATION GRANTED:** The settlement conference in this matter currently scheduled for Tuesday, March 10, 2020 at 2:00 p.m. is rescheduled to <u>Monday, April 20, 2020 at 10:00 a.m.</u> in Courtroom 17-D, United States Courthouse, 500 Pearl Street, New York, New York. Parties must attend in-person with their counsel. Corporate parties must send the person with decision making authority to settle the matter to the conference. The parties are instructed to complete the Settlement Conference Summary Report and prepare pre-conference submissions in accordance with Judge Parker's Individual Rules of Practice. Pre-conference submissions must be received by the Court no later than <u>April 13, 2020 by 5:00 p.m.</u>

APPLICATION GRANTED

*Katharine H. Parker*

Hon. Katharine H. Parker, U.S.M.J.
03/03/2020