UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
RICARDO VELASQUEZ,

                              Plaintiff,

        -against-

LEMAGE INC. *a New York corporation
doing business as* QUARTINO BOTTEGA
ORGANICA,

                              Defendant.
-------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 03/17/2020

**ORDER CONVERTING SETTLEMENT
CONFERENCE TO TELEPHONIC
CONFERENCE**

**19-CV-6912 (RA) (KHP)**

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

        The Settlement Conference in this matter scheduled for **Monday, April 20, 2020 at**

**10:00 a.m.** is hereby converted to a telephonic conference.  The Parties' should call into the

court conference line at **(866) 434-5269 Code: 4858267** at the scheduled time.   The Court will

review procedures and then talk separately with each side by phone. The parties and their

counsel must be available by phone from 10:00 a.m. to 5:00 p.m. so that the court can have

more than one ex parte conversation with each side as needed.  Each side shall establish its

own conference call line to remain open during the settlement conference so that the court can

join and re-join as needed.  To ensure confidentiality, each side shall provide the court with the

dial-in number and passcode for its conference line via an ex parte email to

Parker_NYSDChambers@nysd.uscourts.gov

                **SO ORDERED.**

Dated: March 16, 2020
       New York, New York

_____
KATHARINE H. PARKER
United States Magistrate Judge