# THE WEITZ LAW FIRM, P.A.

Bank of America Building
18305 Biscayne Blvd., Suite 214
Aventura, Florida 33160

April 13, 2020

<u>VIA CM/ECF</u>
Honorable Magistrate Judge Katherine H. Parker
United States District Court
Southern District of New York
500 Pearl Street - Courtroom 17D
New York, New York 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 04/14/20
```

      Re:    Velasquez v. Lemage Inc., d/b/a Quartino Bottega Organica et al.
            Case 1:19-cv-06912-RA

Dear Judge Parker:

The undersigned represents the Plaintiff in the above-captioned matter.

A Settlement Conference in this matter is currently scheduled for April 20, 2020 at 10:00 a.m., in your Honor's Courtroom. However, said Conference falls within the Jewish holiday of Passover and Plaintiff's counsel (who is observant) will be unable to attend telephonically, as he will be observing said holiday. Also, due to the business shutdown fostered by the COVID-19 pandemic statewide lockdown in New York, it has been difficult for businesses to begin to negotiate settlements. Lastly, we have not received Defendants financial documents, whereby the settlement conference could not move forward without, all other reasons being non-existent.

For the above-stated reasons, Plaintiff's undersigned counsel hereby respectfully requests an adjournment of said Conference for 30-days to a date which is most convenient to the Court.

Plaintiff's counsel has conferred with counsel for the Defendant, who is not opposed to the filing of this motion. This is the undersigned counsel's second request for adjournment of the settlement conference. Thank you for your consideration of this adjournment request.

Sincerely,

By: /S/ B. Bradley Weitz
    B. Bradley Weitz, Esq. (BW 9365)
    THE WEITZ LAW FIRM, P.A.
    Attorney for Plaintiff
    Bank of America Building
    18305 Biscayne Blvd., Suite 214
    Aventura, Florida 33160
    Telephone: (305) 949-7777
    Facsimile: (305) 704-3877
    Email: bbw@weitzfirm.com

> The settlement conference in this matter scheduled for April 20, 2020 is hereby adjourned to **June 9 at 2:00 p.m.** in Courtroom 17-D, United States Courthouse, 500 Pearl Street, New York, New York. The parties are instructed to complete the Settlement Conference Summary Report and prepare pre-conference submissions in accordance with the Judge Parker's Individual Rules of Practice. Pre-conference submissions must be received by the Court no later than June 2, 2020 by 5:00 p.m.

SO ORDERED:

04/14/20

*Katharine H. Parker*
HON. KATHARINE H. PARKER
UNITED STATES MAGISTRATE JUDGE