USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 5/20/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RICARDO VELASQUEZ,

                Plaintiff,

v.

LEMAGE INC., *a New York corporation doing business as* QUARTINO BOTTEGA ORGANICA *et al.*,

                Defendants.

19-CV-6912 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

In light of the settlement conference scheduled before Judge Parker on June 9, 2020, the post-discovery conference on May 29, 2020 is adjourned to June 18, 2020 at 11:00 a.m. No later than June 12, counsel should submit their joint letter, as directed in the Case Management Plan and Scheduling Order. Dkt. 24. If the parties are unable to submit their joint letter by June 12, they shall request an extension to do so. In their joint letter, the parties should also indicate whether they can do without a conference altogether. If not, the Court will hold the conference by telephone. The dial-in information is as follows:

    Call-in Number: (888) 363-4749
    Access Code: 1015508

In any event, counsel should review and comply with the Court's Emergency Individual Rules and Practices in Light of COVID-19, available at https://nysd.uscourts.gov/hon-ronnie-abrams.

Plaintiff shall provide a copy of this Order to Defendants.

SO ORDERED.

Dated:    May 20, 2020
           New York, New York

                                          RONNIE ABRAMS
                                          United States District Judge