USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 6/10/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

RICARDO VELASQUEZ,

            Plaintiff,

      v.

LEMAGE INC. *d/b/a Quartino Bottega Organica*,

            Defendants.

No.   19-CV-6912 (RA)

ORDER

---

RONNIE ABRAMS, United States District Judge:

On June 9, 2020, Judge Parker extended all fact and expert discovery deadlines in this action to October 2, 2020 and scheduled another phone conference before her on August 19, 2020. Dkt. 40. In light of Judge Parker's recent order, the Court will adjourn the post-discovery conference on June 18, 2020 to October 9, 2020 at 10:30 a.m. No later than October 2, 2020, the parties shall submit a joint letter, updating the Court on the status of the case, including but not limited to whether either party intends to file a dispositive motion and what efforts the parties have made to settle the action.

SO ORDERED.

Date: June 10, 2020
      New York, NY

_____
Ronnie Abrams
United States District Judge