

The Weitz Law Firm, P.A. <weitzfirm@gmail.com>

# Velasquez v. Lemage (Quartino Bottega Organica)
1 message

**The Weitz Law Firm, P.A.** <weitzfirm@gmail.com>  Fri, Dec 27, 2019 at 2:46 PM
Reply-To: WeitzFirm@gmail.com
To: Jason Mizrahi <Jason@levinepstein.com>

Attached please find Plaintiff's Request for Production and Interrogatories to Defendant with regards to this matter.

Regards,

Daisy Hall
Assistant to B. Bradley Weitz, Esq.
The Weitz Law Firm, P.A.
Bank of America Building
18305 Biscayne Blvd., Suite 214
Aventura, Florida 33160
www.WeitzFirm.com
Tel. - (305) 949-7777
Fax - (305) 704-3877

Confidentiality Notice: This message is intended exclusively for the individual or entity to which it is addressed. This communication may contain information that is proprietary, privileged or confidential or otherwise legally exempt from disclosure. The contents of this message, and any attachments thereto, are to be kept strictly confidential. If you are not the named addressee, you are not authorized to read, print, retain, copy or disseminate this message or any part of it. If you have received this message in error, please notify the sender immediately at www.WeitzFirm.com and delete all copies of the message.

📄 **INTERROGATORIES AND REQUEST FOR PRODUCTION - LEMAGE INC - TO ATTY.pdf**
119K