USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/02/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
RICARDO VELASQUEZ,

                Plaintiff,

   -against-

LEMAGE INC. *a New York corporation doing business as* QUARTINO BOTTEGA ORGANICA,

                Defendant.
----------------------------------------------------------------X

**ORDER SCHEDULING DISCOVERY CONFERENCE**

19-CV-6912 (RA) (KHP)

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

A telephonic Discovery Conference in this matter will be held on **Monday, October 26, 2020 at 2:30 p.m.** to address the parties' outstanding discovery disputes. Counsel for the parties are directed to call Judge Parker's Chambers court conference line at the scheduled time. **Please dial (866) 434-5269, Access code: 4858267**.

    SO ORDERED.

Dated: October 2, 2020
       New York, New York

*/s/ Katharine H. Parker*
_____
KATHARINE H. PARKER
United States Magistrate Judge