# THE WEITZ LAW FIRM, P.A.

Bank of America Building
18305 Biscayne Blvd., Suite 214
Aventura, Florida 33160

October 2, 2020

<u>VIA CM/ECF</u>
Honorable Judge Ronnie Abrams
Southern District of New York
40 Foley Square - Courtroom 1506
New York, New York 10007

          Re:    Velasquez v. Lemage Inc., d/b/a Quartino Bottega Organica et al.
                 Case 1:19-cv-06912-RA

Dear Judge Abrams:

      The undersigned represents the Plaintiff in the above-captioned matter.

      A Post-Discovery Status Conference in this matter is currently scheduled for October 9, 2020 at 10:30 a.m., in Your Honor's Courtroom. However, said Conference falls on the same date and time as another matter in the Southern District for Plaintiff, *Girotto v. Strip House Restaurant NY, LLC;* Case 1:20-cv-02243-JPC. Further, the discovery deadline has been extended in this case, until the end of October, and therefore completion of discovery is still outstanding. In addition, as there are yet unresolved discovery issues between the parties, Magistrate Judge Katherine H. Parker has scheduled a Discovery Conference set for October 26, 2020.

      For the above-stated reasons, Plaintiff's undersigned counsel hereby respectfully requests an adjournment of said Conference until after the Magistrate Judge's Discovery Conference and the discovery issues are resolved, or at minimum an adjournment of 30-days to a date which is most convenient to the Court.

      Plaintiff's counsel has conferred with counsel for the Defendant Lemage Inc., who is not opposed to the filing of this motion. This is the undersigned counsel's first request for adjournment of the Post-Discovery Status Conference. Thank you for your consideration of this adjournment request.

Application granted. The post-discovery conference scheduled for October 9, 2020 is adjourned sine die. The parties shall notify the court within one week of the completion of discovery.

SO ORDERED.

_/s/ Ronnie Abrams_
Ronnie Abrams, U.S.D.J.
October 5, 2020

Sincerely,

By: /S/ B. Bradley Weitz
    B. Bradley Weitz, Esq. (BW 9365)
    THE WEITZ LAW FIRM, P.A.
    Attorney for Plaintiff
    18305 Biscayne Blvd., Suite 214
    Aventura, Florida 33160
    Tel: (305) 949-7777/ Fax: (305) 704-3877
    Email: bbw@weitzfirm.com