```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/03/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
RICARDO VELASQUEZ,

                Plaintiff,

  -against-

LEMAGE INC. *a New York corporation*
*doing business as* QUARTINO BOTTEGA
ORGANICA,

                Defendant.
-----------------------------------------------------------------X

**ORDER ADJOURNING STATUS CONFERENCE**

**19-CV-6912 (RA) (KHP)**

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

In light the Order of Discontinuance filed on December 2, 2020 (doc. no 72) the Status Conference currently scheduled for **January 6, 2021** is hereby adjourned *sine die*.

    **SO ORDERED.**

Dated: October 2, 2020
       New York, New York

_____
KATHARINE H. PARKER
United States Magistrate Judge